No. —. EX PARTE JOSEPH J. MCCARTHY. June 5, 1939. Application for an order allowing appeal denied.

No. —. PORESKY v. ELY. June 5, 1939. Petition for appeal denied.

No. —, original. EX PARTE FRED HARTZELL WEST. June 5, 1939. Motion for leave to file petition for writ of habeas corpus denied.

No. 449. NEWARK FIRE INSURANCE CO. v. STATE BOARD OF TAX APPEALS ET AL.; and

No. 456. UNIVERSAL INSURANCE CO. ET AL. v. SAME. June 5, 1939. It is ordered that the opinion of MR. JUSTICE REED entered on May 29, 1939, be corrected by striking therefrom the words at the end thereof:

"The judgments in both cases are affirmed."

Reported as amended, *ante,* p. 313.